Case 2:07-cv-00249-LDG-PAL   Document 6   Filed 03/06/07   Page 1 of 7

**ORIGINAL**



DFLT
Keith Arnold
2120 Sun Avenue, # E
Las Vegas, Nevada 89103
(702) 300-3506
PLAINTIFF IN PROPER PERSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEITH ARNOLD

    Plaintiff,

VS

AMERICAN CASINO & ENTERTAINMENT
dba ARIZONA CHARLIE'S BOULDER,
a Nevada Corporation

    Defendant,

CASE NO: 2:07-CV-249-LDG

**Motion for Default**

To: Honorable Lloyd D. George, U.S. District Judge

I, Keith Arnold, Plaintiff, am requesting that my Motion for Default be honored in the United States District Court due to the fact that:.

The Complaint itself was applicable to both State and Federal Courts.

During the twenty day period between February 7, 2007 (when the Defendant received the Summons) to February 27, 2007, I did not receive a response to the Summons. I periodically inquired with District Court clerks if there were any responses to the Summons. The clerks stated that no response had been received or noted in the computer database.

On March 2, 2007, I was informed by a clerk named "Pat" that the case was moved from District Court to Federal Court jurisdiction. At that time, my Default document were returned to me. The Clerk of the Court stamp appears in the lower left hand corner of the District Court Default Document.

At this time, I would like to point out the fact that the Defendant was given the required time to respond to the Summons.

My mailing address was available for certified delivery contact and there was no notice in my mail box to pick up certified mail from the post office. In addition, my cell phone number was, and still is in service. The deadlines required by the statutes of limitations, were completed on time on my part.

_____
Keith Arnold, Plaintiff

To: _Kesner Prophete_

**Your Default is being returned to you by the County Clerk's office for the following reason(s):**

- ☐ An appearance or Answer was filed on _____

- ☐ The required proof of service of the Summons and Complaint is not on file in the Clerk's office.

- ☐ The Order for Service by Publication requires mailing; no proof of mailing a copy of the Summons and Complaint is on file in the Clerk's office. Please file a certificate of mailing.

- ☐ The date of service on the Default does not match the date of service on file.

- ☐ No date of service on the Default.

- ☐ Not eligible for Default until _____; please resubmit at that time.

- ☐ Party name(s) on Default does not match the name(s) on the Complaint.

- ☐ Pursuant to NRS 239B.030, you must attach an affirmation to all documents filed in the County Clerk's office. Please resubmit with the signed affirmation attached.

- ☒ _Case was moved to Federal Court – Out of District Court Jurisdiction_
  _* "Notice of Adverse Party of Removal to Federal Court"_
  _filed 2/27/07_

**PLEASE RETURN THIS DOCUMENT WHEN YOU RESUBMIT THE DEFAULT**

If you have any questions, please contact Michelle McCarthy at 671-0521.

ORIGINAL

```
DFLT
KEITH ARNOLD
2120 Sun Avenue, #E
Las Vegas, Nevada 89103
(702) 657-8738
PLAINTIFF IN PROPER PERSON
```

## DISTRICT COURT

~~FAMILY COURT~~

## CLARK COUNTY, NEVADA

| | |
|---|---|
| KEITH ARNOLD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO: A531265 |
| ) | DEPT. NO.: ~~XV~~ XV |
| AMERICAN CASINO & ENTERTAINMENT, ) | |
| dba ARIZONA CHARLIE'S BOULDER, ) | |
| a Nevada Corporation ) | |
| ) | |
| Defendant. ) | |

### DEFAULT

It appearing from the files and records in the above entitled action that American Casino & Entertainment, dba Arizona Charlie's Boulder, a Nevada Corporation; Defendant herein, being duly personally served with a copy of the Summons, Complaint on State and Federal Civil Rights Violation, (NRS 613.330) and (42 Section 2000e.), on the 7th day of February, 2007; that more than 20 days exclusive of the day of service, having expired since service upon the Defendant; that no Answer or other appearance having been filed and no further time having been granted,

///

///

RECEIVED

FEB 28 2007

CLERK OF THE COURT

1

1 the default of the above named Defendant for failing to answer or
2 otherwise plead to Plaintiff's Complaint is hereby entered.
3 The undersigned hereby requests and directs the entry of default.

*[signature: Keith Arnold]*

Plaintiff in Proper Person
Keith Arnold
2120 Sun Avenue, Unit #3
Las Vegas, Nevada 89103
(702) 300-3506

CLERK OF COURT

By: _____
DEPUTY CLERK
Clark County Courthouse
200 Lewis Ave.
Las Vegas, Nevada 89155

2

```
CASE NO: 06-A-531265-C            INDEX        JUDGE: Loehrer, Sally
TOTAL P:___1/D:___1/O:___1                     DEPT:__15
   Arnold, Keith               [ ]  vs  American Casino And Entertainm [ ]

NO.  FILED/REC CODE     REASON/DESCRIPTION                    FOR    OC  SCH/PER C
001  11/09/06 COMP/COMPLAINT FILED   Fee $148.00              0001   __  _____ _
002  02/12/07 AFFT/AFFIDAVIT OF SERVICE                       0002   SV  02/07/07 _
003  02/12/07 AFFT/AFFIDAVIT OF SERVICE                       0002   SV  02/07/07 _
004  02/27/07 APPR/NOTICE TO ADVERSE PARTY OF REMOVAL TO      0002   __  _____ _
              /FEDERAL COURT
005  02/27/07 APPR/NOTICE TO ADVERSE PARTY OF REMOVAL TO      0003   __  _____ _
              /FEDERAL COURT

FUNCTION:__ NO:        FOR:
                       FEE:                                   FILED
   FILED/REC CODE       REASON/DESCRIPTION                    BY     OC  SCH/PER C
   __/__/__  ___/

Input FUNCTION (V or S) and INDEX# then press ENTER
```

U.S. DISTRICT COURT
DISTRICT OF NEVADA

Mar 6  8 56 AM '07

CODE: COMP
KEITH ARNOLD (Representing Self)
BAR NUMBER N/A
2120 SUN AVENUE, #E
LAS VEGAS, NV 89103
(702) 657-8738 Cell: (702) 300-3506
ATTORNEY FOR: KEITH ARNOLD

CASE NO. A531265
DEPT NO. XIV

FEB 12  12 57 PM '07

CLERK OF THE COURT

## DISTRICT COURT
## ~~FAMILY COURT~~
## CLARK COUNTY, NEVADA

KEITH ARNOLD )
    Plaintiff, )
                          )
VS. )
                          )
AMERICAN CASINO & )
ENTERTAINMENT, dba ARIZONA CHARLIE'S )
BOULDER, a Nevada Corporation )
                          )
    Defendant, )

STATE OF NEVADA )
                    )
COUNTY OF CLARK )

AFFIDAVIT OF SERVICE:

Anwar Morris_____, being duly sworn, states: that at all times herein Affiant was a citizen of the United States, over 18 years of age, duly authorized to serve process in the State of Nevada, and not a party to or interested in the proceeding in which this affidavit is made. That Affiant received 1 copy of the Complaint for State and Federal Civil Rights Violations, on the 7 th day of February, 2007 and served the same on the 7TH day of February, 2007, at 2:30 p.m. by:

**(Affiant must complete the appropriate paragraph.)**

1. Personally serving a copy to _____
   at (State Address)_____

2. Serving the Defendant_____ by personally delivering and leaving a copy with_____ _____ a person of suitable age and discretion at the defendant's usual place of abode located at (state address)_____

3.3. Serving AMERICAN CASINO & ENTERTAINMENT_____ by personally delivering and leaving a copy at 2000 LAS VEGAS BLVD. SOUTH, LAS VEGAS, NV 89104_____
   with ROBERT HARAMI_____ as HUMAN RESOURCES REP._____ A person lawfully designated by Statute to accept service of process.

4. Personally depositing a copy in a mailbox of the United States Post Office, enclosed in a sealed envelope, postage prepaid, certified or registered mail, return receipt requested, to the defendant _____
   _____ at (state address)_____
   (for valid service a copy of the signed return receipt must be attached hereto).

_____
Signature of Person Making Service

SUBSCRIBED AND SWORN to before me this
12 day of February, 2007

_____
NOTARY PUBLIC

KEN JAMAL
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 11-17-2010
Certificate No: 86-1772-1