**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEITH ARNOLD, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN CASINO AND ENTERTAINMENT, ) <br> d/b/a ARIZONA CHARLIE'S BOULDER, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:07-cv-00249-LDG-PAL <br><br> **MINUTE ORDER REGARDING EARLY** <u>**NEUTRAL EVALUATION SESSION**</u> <br><br><br> Dated:   May 16, 2007 |

PRESENT:  THE HONORABLE GEORGE FOLEY, JR., United States Magistrate Judge

JUDICIAL ASSISTANT:   Julia Hill       RECORDER/TAPE #   None

COUNSEL FOR PLAINTIFF:    Keith Arnold, in proper person

COUNSEL FOR DEFENDANT:    Mark J. Ricciardi

PROCEEDINGS: Early Neutral Evaluation Session

   An early neutral evaluation session was conducted with the undersigned Magistrate Judge commencing at 9:00 a.m. on May 16, 2007. In addition to above counsel, Fred Houghland was present on behalf of the Defendant. The Court heard presentations from counsel and from each of the parties present and thereafter met individually with counsel and each individual party. Discussions concluded at 1:15 p.m.

   **A settlement was reached the terms of which are confidential.** The parties are to meet and confer to execute settlement/release documents and dismissal papers and distribute the settlement proceeds within 30 calendar days from entry of this order.

   **IT IS ORDERED** that a telephonic status hearing with counsel is scheduled for **4:00 p.m., June 19, 2007,** in the chambers of the undersigned. If dismissal papers have been lodged with the court, the hearing will be automatically vacated. If a telephonic status hearing is required, counsel for defendant shall initiate the call.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE